IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE STUART | : | Civ. No. 4:13-CV-00303 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| UDREN LAW OFFICES P.C., *et al.* | : | |
| Defendants. | : | |

**ORDER**
June 9, 2014

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss for Failure to State A Claim is GRANTED (ECF No. 8).

2. Plaintiff's Complaint is DISMISSED with prejudice (ECF No. 1).

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge